

KANE KESSLER, P.C.
666 THIRD AVENUE
NEW YORK, NEW YORK 10017-4041
TEL 212.541.6222
FAX 212.245.3009
WWW.KANEKESSLER.COM

WRITER'S DIRECT NUMBER
212-519-5107

WRITER'S EMAIL
vferrier@kanekessler.com

March 1, 2021

The Honorable Jesse M. Furman
United State District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

<u>VIA ECF</u>

> Application GRANTED. The Clerk of Court is directed to terminate ECF No. 8.
>
> SO ORDERED.
>
> [signature]
>
> March 1, 2021

Re:   <u>Dilenia Paguada v. Sierra Bullets, L.L.C.</u>, 21 CV 563 (JMF)

Dear Judge Furman:

This firm represents the Defendant Sierra Bullets, L.L.C. ("Sierra") in the above referenced matter. In accordance with your Individual Rules, we write to request an extension of 30 days to respond to the Complaint, served on February 11, 2021. DE #6. A response would otherwise be due on March 4, 2021. Sierra requests an extension through and including April 5, 2021 (the Monday following the 30th day).

The parties have been engaged in preliminary settlement discussions, and Sierra would like the additional time to attempt to resolve this matter prior to embarking upon litigation.

This is the first such request. There are no appearances scheduled, but the Court previously ordered the parties to submit a joint letter regarding settlement no later than two weeks from today. DE #5. The undersigned emailed opposing counsel on Friday to request his consent to the extension, but he has not yet responded. Because the response deadline is fast approaching, in accordance with your Individual Rules, Sierra submits this letter now.

We thank the Court for your consideration.

Very truly yours,

[signature]

Valerie K. Ferrier, Esq.

4812-5167-5102 v1