UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DILENIA PAGUADA, :
:
Plaintiff, :
: 21-CV-0563 (JMF)
-v- :
: ORDER
SIERRA BULLETS, L.L.C., :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's Order of January 22, 2021, ECF No. 5, the parties filed a joint status letter on March 15, 2021, in which they indicate that they do not wish to be referred to a Magistrate Judge or the Court-annexed Mediation Program at this time and do not believe there is a need for a conference in the near future, *see* ECF No. 10.  The parties **shall promptly** inform the Court if they come to believe that a referral to a Magistrate Judge or the Court-annexed Mediation Program would be beneficial.  In any event, **no later than three business days after Defendant files an answer or otherwise responds to the Complaint**, the parties shall file another joint letter providing the information described in the Court's January 22, 2021 Order.

     SO ORDERED.

Dated: March 15, 2021  
       New York, New York  
                                              JESSE M. FURMAN  
                                        United States District Judge